# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 19, 2015

## NO. 03-13-00239-CV

**Handwerker Hren Legal Search, Inc.; Debra Hren; and Neil Handwerker, Appellants**

**v.**

**Recruiting Partners GP, Inc. d/b/a Kinney Recruiting, Inc., Appellee**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PUYEAR, GOODWIN, AND FIELD
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE FIELD
### CONCURRING OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on January 16, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the court modifies the trial court's judgment to delete the portions holding Handwerker jointly and severally liable with Hren for Kinney Recruiting's attorney's fees and costs. The Court affirms the judgment as modified. Handwerker Hren Legal Search, Inc., Debra Hren, and Neil Handwerker shall pay all costs relating to this appeal, both in this Court and the court below.